DATE: 6/25/2014

BEFORE: **MATSUMOTO U.S.D.J.**          TIME: 11:00a.m.-12:00p.m.

## CRIMINAL CAUSE FOR SENTENCING

**SENTENCING** 11 CR 297 (KAM) U.S.A. VS. LIRA-ROBLES

**DEFENDANT'S NAME:** Antonio Lira-Robles
✔ Present ☐ not present ✔ custody ☐ bail

**DEFENSE COUNSEL:** Richard Rosenberg
✔ present ☐ not present ✔ CJA ☐ retained ☐ Federal Defender

**A.U.S.A:** Soumya Dayandan          **Spanish Int:** Mario Michelena

**COURT REPORTER:** Richard Barry   **Deputy:** Sandra Jackson

✔ CASE CALLED.          ✔ DEFENDANT SWORN AND INFORMED OF RIGHTS
✔ SENTENCING HELD.     ✔ STATEMENTS OF DEFENDANT AND COUNSEL HEARD
✔ DEFENDANT PLEADED GUILTY ON COUNTS 3 OF A TWENTY TWO COUNT, THIRD SUPERSEDING INDICTMENT.

**IMPRISONMENT:** 188 months, with credit for time served since Mr. Lira Robles' arrest and detention in Mexico on October 5, 2011. (ICE Detainer).

**SUPERVISED RELEASE:** 5 YEARS WITH SPECIAL CONDITIONS:

1. If Mr. Lira-Robles is deported, the term of supervised release need not be served in the United States, and Mr. Lira-Robles may not re-enter the United States illegally.

2. Mr. Lira-Robles shall comply with the sex offender registration requirements mandated by law.

3. Defendant shall pay restitution to Jane Doe #1 as set forth below.

4. Defendant shall not possess a firearm, ammunition, or destructive device.

### RESTITUTION

Defendant is ordered to pay restitution in the amount of $1,229,760 to Jane Doe #1. The identity and address information of the victim shall be maintained by the Clerk of Court. All restitution payments shall be paid to the Clerk of Court, 225 Cadman Plaza East, Brooklyn, NY, 11201 to the victim. Restitution is due immediately and payable at a minimum rate of at least $20 per month while in custody and upon defendant's release, at the minimum monthly rate of 20% of his gross income after deductions required by law. Mr. Lira-Robles is encouraged to participate in the Bureau of Prisons Financial Responsibility Program to pay his assessment and restitution.

$100.00   Special Assessment   $ 1, 229,760 Restitution   $0 Fine  $0 Forfeiture

✔ COURT ADVISED DEFT OF RIGHT TO APPEAL.          ☐ I.F.P. GRANTED

✔ TRANSCRIPT ORDERED

✔ REMAINING OPEN COUNTS 1, 2, 6, 10, 11, 15, 16, 20, and 22 OF THE THIRD SUPERSEDING INDICTMENT, AND THE UNDERLYING INDICTMENTS ARE DISMISSED ON ✔ GOVT'S MOTION

☐ EXECUTION OF SENTENCE IS STAYED TO_____.

✔ ICE DETAINER

✔ GOVT SHALL ARRANGE FOR THE RETURN OF DEFENDANT'S PROPERTY.

DOCKET & FILE